United States Courts
Southern District of Texas
FILED

*7/13/26*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

*July 11, 2026*

**United States of America**

**v.**

▇▇▇▇▇▇.

)
)
)
)
)
)
)
)

2:26MC36

Case No. **2:26-MJ-00515**

UNSEALED PER MN 7/13/26

# SEALED

_____
*Defendant(s)*

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendants named above. Designation and detention as material witnesses is requested for:

| | |
|---|---|
| Rakhmonov, Sanjar | (Uzbekistan) |
| Wang, Lai Jun | (China) |
| WANG, Yu Bo | (China) |
| HU, Fa Mei | (China) |

This material witnesses have admitted to being citizen(s) of his respective country listed above and have admitted belonging to a class of alien(s) who are deportable, being illegally present within the United States. Should they be released and returned to their native countries, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

_____
*Complainant's signature*

Ruben Rendon, Jr, HSI, Special Agent
_____
*Printed name and title*

Submitted by electronic means, sworn to,
signature attested telephonically
per Fed. R. Crim. P. 4.1 and probable cause
found:

Date: July 11, 2026
_____

_____
*Judge's signature*

Jason B. Libby, U.S. Magistrate Judge
_____
*Printed name and title*

City and state: _____ Corpus Christi, Texas _____